ACCEPTED
13-15-00329-CV
THIRTEENTH COURT OF APPEALS
CORPUS CHRISTI, TEXAS
9/9/2015 3:22:33 PM
Dorian E. Ramirez
CLERK

**13-15-00329-CV**

FILED IN
13th COURT OF APPEALS
CORPUS CHRISTI/EDINBURG, TEXAS
9/9/2015 3:22:33 PM
DORIAN E. RAMIREZ
Clerk

## IN THE COURT OF APPEALS
## FOR THE THIRTEENTH DISTRICT OF TEXAS

**STEVEN WALTERS**
**V.**
**ALLWAYS AUTO GROUP, LTD.**
**D/B/A ATASCOSA CHRYSLER DODGE JEEP RAM**

**APPELLANT STEVEN WALTERS'**
**CERTIFICATE OF COMPLIANCE WITH WORD LIMITS**

**September 9, 2015**

**THE LAW OFFICES OF THOMAS J. HENRY**
521 Starr St.
Corpus Christi, Texas 78401
Telephone: (361) 985-0600
Facsimile: (361) 985-0601
Thomas J. Henry
State Bar No. 09484210
Russell W. Endsley
State Bar No. 24026825
Matthew S. Hull
State Bar No. 24055702
Service Email: rendsley-svc@thomasjhenrylaw.com

On September 7, 2015, Appellant filed his Brief of Appellant Steven Walters, a computer generated document. Appellant files this Certificate of Compliance with Texas Rule of Appellate Procedure 9.4.

### CERTIFICATE OF COMPLIANCE WITH WORD LIMITS

I certify that the foregoing Brief of Appellant Steven Walters was prepared with Microsoft Word, and that, according to that program's word-count function, the sections to which the word limits apply, as set forth in Texas Rule of Appellate Procedure 9.4(i), contain 5,175 words.

RESPECTFULLY SUBMITTED,
THE LAW OFFICES OF THOMAS J. HENRY
521 STARR STREET
CORPUS CHRISTI, TEXAS 78401
361/ 985-0600 – PHONE
361/ 985-0601 – FACSIMILE

BY: /s/Russell W. Endsley
THOMAS J. HENRY
STATE BAR NO. 09484210
RUSSELL W. ENDSLEY
STATE BAR NO. 24026824
MATTHEW S. HULL
STATE BAR NO. 24055702

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing was duly served in accordance with the Texas Rules of Appellate Procedure on this the **9th day of September, 2015.**

*VIA E-SERVICE and/or FACSIMILE*
Ronald E. Mendoza
**DAVIS, CEDILLO, & MENDOZA, INC.**
McCombs Plaza, Suite 500
755 E. Mulberry Ave.
San Antonio, Texas 78212
(210) 822-6666
(210) 822-1151 (Fax)                         **/s/Russell W. Endsley**
                                              Russell W. Endsley